UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06700-AH-RAOx | Date | December 15, 2025 |
| Title | *Advanced Orthopedic Center Inc et al. v. Lakeside Medical Organization* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER STRIKING MOTION TO REMAND (DKT. No. 81)**

The Court is in receipt of Plaintiff Jonathan Nissanoff's ("Plaintiff") Motion to Remand ("Motion"). Dkt. No. 81. The Motion does not comply with this Court's Local Rules and Standing Order. This district's Local Rule 6-1 provides that the "notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing." Plaintiff's Motion did not set a hearing date that complies with Local Rule 6-1. Further, Local Rule 7-3 requires that the parties conduct a prefiling conference at least seven days prior filing any motions. Plaintiff's Motion did not include a declaration that sets forth "the date(s) the conference took pace and the position of each party with respect to each dispute issue that will be the subject of the motion," as required by Local Rule 7-3. This Court's Standing Order also requires compliance with the Local Rules. *See* Dkt. No. 33.

Accordingly, the Court strikes the Motion.

**IT IS SO ORDERED.**