UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 25-6700-AH(RAOx)** | Date | FEBRUARY 25, 2026 |
| Title | Advanced Orthopedic Center Inc et al v. Lakeside Medical Organization | | |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan Nissnoff, In Pro Per | Lloyd Vu |

**Proceedings:**    **HEARING RE: PLAINTIFF'S MOTION TO REMAND [83]; MOTION TO DISMISS [86]; PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY [96]; DEFENDANT'S MOTION FOR SANCTIONS [97]**

The case is called and counsel state their appearances.  The Court and counsel confer.

Following oral argument, the Court makes an oral ruling as follows: Plaintiff's motion to remand [83] is denied. The Defendant's motion to dismiss [86] is granted.   Plaintiff's motion for leave to file limited sur-reply [96 ] and for judicial notice is hereby granted.    Defendant's motion for sanctions [97] is hereby denied  for the reasons stated on the record.    This case is dismissed without prejudice and without leave to amend.

IT IS SO ORDERED.

cc: all parties

__ : 05

CV-90 (2/10)                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS